# Exhibit C



January 15, 2024

Tobin Injury Law
49B Lenox Point
Atlanta, GA 30324

CBCS Insured: Shetos Inc
Date of loss: 10/12/2023
CBCS Claim Number: ATG23173119
Your Client: O'Rhonde Chapman

Dear Mr. Walker,

CBCS is the third-party claims administrator for Shetos Inc and Bulldog National insurance. As such, we have investigated the facts of this incident.

We have reviewed the claim and the police report and determined that neither the vehicle nor the driver that stuck your client was ever identified. We have spoken to Shetos Inc. and they are a one driver one vehicle company and they state they were not involved in any accidents in/near Atlanta, GA on or about 10/12/2023.

Given that there is nothing to support a claim of liability against Shetos Inc., we will be unable to accept liability and will be closing our file. If you have any additional information that would positively identify the vehicle that struck your client, please send it to us at your earliest convenience.

Sincerely,

Doug Klemme
Casualty Claims Representative
Phone:   (563)204-7275
Fax:      _____
E-Mail:  DKlemme@cbcsclaims.com

*It is a crime to knowingly provide false, incomplete, or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines and denial of insurance benefits.*

www.CBCSclaims.com

800 Main Street | Dubuque, Iowa 52001 | 877.241.6121