

# THE ELLIS FIRM
TRIAL ATTORNEY

WILLIE C. ELLIS, JR., ESQ.  
**ADMITTED IN GEORGIA & NEW YORK**

Office: 770-212-1432  
Email: will@call-ellis.com

February 18, 2025

<u>VIA FEDEX</u>

Jennifer Ray  
**Speed, Seta, Martin, Trivett, Stubley & Fickling, LLC**  
114 Stone Mountain Street  
Lawrenceville, Georgia 30046

                               **RE**: <u>O'Rhonde Chapman v. Shetos, Inc., et al.</u>  
                                     Joint Preliminary Report and Initial Disclosures  
                                     *1:24-cv-00455-SEG*

Dear Attorney Ray,

      As you know this firm represents O'Rhonde Chapman in the above-referenced litigation. Pursuant to Federal Rule of Civil Procedure 26(a)(1), the parties were required to exchange Initial Disclosures by January 14, 2025. To date, we have not received Defendant's Initial Disclosures. Please provide the outstanding disclosures at your earliest convenience.

      If we do not receive Defendant's Initial Disclosures by Friday, February 28, 2025, we will have no choice but to file a Motion to Compel under Fed. R. Civ. P 37(a)(3)(A).

      If there are any issues or delays, please advise us promptly so we can discuss a resolution without court intervention. Otherwise, we look forward to receiving the disclosures and your input on the Joint Preliminary Report as soon as possible.

                                                            Very truly yours,

                                                            Willie C. Ellis Jr.