**Willie Ellis Jr.**
___

| | |
|---|---|
| **From:** | Willie Ellis Jr. |
| **Sent:** | Sunday, March 2, 2025 6:45 PM |
| **To:** | Jennifer Ray |
| **Cc:** | Diamond Nimene |
| **Subject:** | RE: Chapman v. Shetos, Inc., et. al. - STATUTORY ELECTRONIC SERVICE |
| **Attachments:** | Chapman v. Shetos Inc. et. al. - Time-limited Demand.eml; Chapman Demand Ltr - 12.10(1).pdf |
| **Importance:** | High |

Ms. Ray,

Apologies for the delay in responding.

I generally have no issue with extending the courtesy of an extension, as I can certainly empathize with how life can disrupt our very busy schedules. In this case, however, given that my client's compromised financial and medical conditions have been and remain negatively affected by the extreme delay in resolving this matter, I am constrained by what I can do. I can only agree to delay filing our motion to compel Defendants' Initial Disclosures until March 7, 2025.

We reiterate that we would prefer to resolve this case in lieu of unnecessary litigation. During our first and only discussion, you asked me to submit my client's demand, which I complied with by providing it, as well as conclusive evidence that implicates your client(s) in this hit-and-run accident that occurred 16 months ago on October 12, 2023. *See* **Attached**. We have received no response to this demand. Additionally, we are two months into discovery and have not received Defendant's initial disclosures, discovery responses, or any other information or documents.

We believe the demand is very reasonable, considering, among other things, Mr. Chapman's special damages, pending rotator cuff surgery, and the absence of a cap on punitive damages. Therefore, we request the courtesy of a formal response by March 7, 2025. Please note that this is not a request to negotiate the demand or mediate.

Thank you.


**Willie C. Ellis Jr.**

# The Ellis Firm

3400 Peachtree Road
Ste. 725
Atlanta, Georgia 30326

**Office:** 770-212-1432
**Email**: will@call-ellis.com

**Please note our recent change of address. We cannot accept service at any address except the one in my signature.**

This message and any attachments may contain confidential or privileged attorney-client communications or information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the

1

sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

**From:** Jennifer Ray <jennifer@speed-seta.com>
**Sent:** Friday, February 28, 2025 2:31 PM
**To:** Willie Ellis Jr. <will@call-ellis.com>
**Subject:** RE: Chapman v. Shetos, Inc., et. al. - STATUTORY ELECTRONIC SERVICE

Hello Willie,

I hope you're doing well. Would you be inclined to grant an extension of time for the defense to complete our discovery responses? I am also a part-time judge and have been on the bench quite a bit recently (and, in fact, today) so life has been very hectic for me. Another week or two would be greatly appreciated.

Thank you!

Jennifer

**Jennifer S. Ray, Esq.**
**Speed, Seta, Martin, Trivett, Stubley & Fickling, LLC**
**114 Stone Mountain Street**
**Lawrenceville, Georgia 30046**
**Phone: (770) 822-2911**
**Direct: (470) 509-5819**
**Fax: (770) 822-2912**

**From:** Willie Ellis Jr. <will@call-ellis.com>
**Sent:** Wednesday, February 26, 2025 4:50 PM
**To:** Jennifer Ray <jennifer@speed-seta.com>
**Cc:** Sarah Camp <scamp@speed-seta.com>; Dklemme@cbcsclaims.com; Diamond Nimene <diamond@call-ellis.com>; Marilyn Silva <marilyn@call-ellis.com>
**Subject:** RE: Chapman v. Shetos, Inc., et. al. - STATUTORY ELECTRONIC SERVICE
**Importance:** High

All,

Please find attached the Partial Motion for Summary Judgment we filed today in this case.

Additionally, please note that we intend to file a Motion to Compel and request sanctions unless Defendants file their Initial Disclosures by Friday, February 28, 2025.

Thank you.

-Willie

**Willie C. Ellis Jr.**

# The Ellis Firm

2

3400 Peachtree Road
Ste. 725
Atlanta, Georgia 30326

**Office:** 770-212-1432
**Email**: will@call-ellis.com

**Please note our recent change of address.**

This message and any attachments may contain confidential or privileged attorney-client communications or information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

**From:** Willie Ellis Jr.
**Sent:** Sunday, January 19, 2025 2:29 PM
**To:** Jennifer Ray <jennifer@speed-seta.com>
**Cc:** Sarah Camp <scamp@speed-seta.com>; Dklemme@cbcsclaims.com; Diamond Nimene <diamond@call-ellis.com>; Marilyn Silva <marilyn@call-ellis.com>
**Subject:** RE: Chapman v. Shetos, Inc., et. al. - STATUTORY ELECTRONIC SERVICE
**Importance:** High

All,

Please find attached Plaintiff's First Discovery to Defendants.

Thank you, and please with any questions.

-Willie

**Willie C. Ellis Jr.**

**The Ellis Firm**
3500 Lenox Road
Ste. 1500
Atlanta, Georgia 30326

**Office:** 770-212-1432
**Email**: will@call-ellis.com

**www.call-ellis.com**

This message and any attachments may contain confidential or privileged attorney-client communications or information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

**From:** Willie Ellis Jr. <will@call-ellis.com>
**Sent:** Monday, January 13, 2025 12:03 PM
**To:** Jennifer Ray <jennifer@speed-seta.com>
**Cc:** Sarah Camp <scamp@speed-seta.com>; Dklemme@cbcsclaims.com; Diamond Nimene <diamond@call-ellis.com>
**Subject:** FW: Chapman v. Shetos, Inc., et. al. - Joint Preliminary Plan
**Importance:** High

3

Ms. Ray,

We are following up regarding the JPP, which is due tomorrow. Our portion is attached, and we will unilaterally file it tomorrow unless we hear from you.

Also attached is a PDF of the time-limited demand that was served on the insurer December 12, 2024. The response to the same is due today.

We look forward to speaking with you soon.

-Willie

**Willie C. Ellis Jr.**

**The Ellis Firm**
3500 Lenox Road
Ste. 1500
Atlanta, Georgia 30326

**Office:** 770-212-1432
**Email**: will@call-ellis.com

www.call-ellis.com

This message and any attachments may contain confidential or privileged attorney-client communications or information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

**From:** Willie Ellis Jr. <will@call-ellis.com>
**Sent:** Wednesday, January 8, 2025 1:03 PM
**To:** Jennifer Ray <jennifer@speed-seta.com>
**Cc:** Sarah Camp <scamp@speed-seta.com>; Diamond Nimene <diamond@call-ellis.com>; Dklemme@cbcsclaims.com
**Subject:** RE: Chapman v. Shetos, Inc., et. al. - Joint Preliminary Plan
**Importance:** High

Jennifer,

I hope you had an enjoyable holiday season.

On December 10, 2024, we sent our version of the JPP (which is attached) for review and consideration. Per the Court's November 15 Order, the JPP is due next Tuesday, January 14, 2025.

As expressed in our December 10th email below, we would like to file the JPP sooner rather than later so the parties can proceed with discovery.

We would prefer to file this jointly but our requests to finalize this document have not been responded. I completely understand that things get backed up – especially around the holidays. Nonetheless, please be advised that we intend to file our portion of the JPP on Friday, January 10, 2025, unless we receive your portion and/or hear otherwise from you.

Thank you.

4

-Willie



**Willie C. Ellis Jr.**

**The Ellis Firm**
3500 Lenox Road
Ste. 1500
Atlanta, Georgia 30326

**Office:** 770-212-1432
**Email**: will@call-ellis.com

www.call-ellis.com

This message and any attachments may contain confidential or privileged attorney-client communications or information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

**From:** Willie Ellis Jr. <will@call-ellis.com>
**Sent:** Tuesday, December 10, 2024 2:44 PM
**To:** Jennifer Ray <jennifer@speed-seta.com>
**Cc:** Sarah Camp <scamp@speed-seta.com>; Diamond Nimene <diamond@call-ellis.com>; Dklemme@cbcsclaims.com
**Subject:** RE: Chapman v. Shetos, Inc., et. al. - Joint Preliminary Plan
**Importance:** High

Jennifer,

Please find attached a draft of Plaintiff's portion of the Joint Preliminary Plan and Report.

We would like to file this by Friday, if possible. Accordingly, reply with any revisions in redline at your earliest convenience.

Thank you.

-Willie

**Willie C. Ellis Jr.**

**The Ellis Firm**
3500 Lenox Road
Ste. 1500
Atlanta, Georgia 30326

**Office:** 770-212-1432
**Email**: will@call-ellis.com

www.call-ellis.com

This message and any attachments may contain confidential or privileged attorney-client communications or information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the

sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.