IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| O'RHONDE CHAPMAN,<br><br>    Plaintiff,<br><br>v.<br><br>SHETOS INC., BULLDOG NATIONAL RISK RETENTION GROUP, INC., KHALED ELSAYED, AND JOHN DOE,<br><br>    Defendants. | Civil Action File No.<br><br>1:24-cv-00455-SEG |

### DECLARATION OF WILLIE C. ELLIS, ESQ.

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. My name is Willie C. Ellis. I am counsel for the Plaintiff in the above-captioned matter. I give this affidavit under oath, based on my personal knowledge of the facts and circumstances. I am over the age of majority and suffer no mental disabilities. I am able and competent to testify to the information and statements contained in this Declaration.

2. Attached hereto as Attachments 1-2 are emails and a letter between counsel for the Defendants and the Plaintiff. These emails and letters are true and accurate copies of the actual correspondence exchanged between the parties. This correspondence evidences Plaintiff's

-1-

counsel's good faith attempts to confer with Defendants' counsel and to avoid having to file a Motion to Compel. This correspondence is maintained electronically by me in the regular course of business, and it is the regular course of my business to do so. I am the custodian of the records attached hereto as Attachments 1-2.

3. Below is an itemization of the time incurred in connection with Defendants' unilateral refusal to participate in discovery.

**Time Entries**                                                                                                  3,100.00

| Date | Description | Team Member | TimeCode | TimeCo... | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| 02/18/2025 | Draft letter to opposing counsel to request the filing of Defendants' Initial Disclosures; | Willie Ellis | | | 500.00 | 0.20 | 100.00 |
| 03/02/2025 | Respond to Defendants' correspondence and grant an extension until March 7 to file Initial Disclosures; | Willie Ellis | | | 500.00 | 0.20 | 100.00 |
| 03/05/2025 | Research re: applicable statutes regarding Motion to Compel and remedies; and begin drafting Motion to Compel; | Willie Ellis | | | 500.00 | 1.50 | 750.00 |
| 03/12/2025 | Revise and finalize Motion to Compel Defendants' Initial Disclosures; | Willie Ellis | | | 500.00 | 3.10 | 1,550.00 |
| 03/12/2025 | Prepare and review emails and correspondence in support of Plaintiff's Motion to Compel; | Willie Ellis | | | 500.00 | 0.40 | 200.00 |
| 03/12/2025 | Prepare Attorney Declaration in support of Motion to Compel; | Willie Ellis | | | 500.00 | 0.80 | 400.00 |

In my opinion, the time reflected is reasonable and therefore represents the value of services provided to the Plaintiff in connection with this matter.

4. I graduated from New York Law School in 2003 and am licensed to practice in the State of New York and State of Georgia. I have practiced

law in the State of Georgia since 2004. Between 2007 and 2023, I worked in the business litigation group at Hawkins Parnell & Young, LLP, where I was a partner between 2012 and 2023.

5.  As demonstrated in the itemization, my hourly rate for services is $500/hr. In my opinion, these rates are reasonable for an attorney in Atlanta with similar experience and education.

Executed on this 12th day of March, 2025.

_____
Willie C. Ellis, Esq.