**From:** Willie Ellis Jr. <will@call-ellis.com>
**Sent:** Monday, May 19, 2025 1:50 PM
**To:** Jennifer Ray <jennifer@speed-seta.com>
**Cc:** Diamond Nimene <diamond@call-ellis.com>
**Subject:** Chapman v. Shetos, Inc.

Good afternoon, Jennifer,

It was a pleasure speaking with you this morning. Per our discussion, we have scheduled Mr. Elsayed's deposition for June 26, 2025. Additionally, you agreed to provide full responses to Plaintiff's outstanding discovery requests by May 27, 2025. We want to reiterate the importance of receiving complete responses by that date, so we have sufficient information to prepare for Mr. Elsayed's deposition and timely complete discovery in this case during the allotted 3 month period.
While we expect to receive all responsive information, the primary documents we anticipate include:

- Logbook (electronic or otherwise) (October 2023)
    - Name of the company that maintains this data for the insured
- Accounting records for the entire month of October 2023, including:
    - Credit card statement (October 2023)
    - Accounting software entries (October 2023)
    - Customer receipts (October 2023)
    - Load pickup records (October 2023)
    - GPS data (October 2023)
    - Outlook calendar (or any other business calendar used) (October 2023)
    - DOT weigh tickets and inspection records for October 2023
    - Business phone bill (October 2023)
    - Toll receipts (October 2023)
- Business bank statements for October 2023
- Maintenance and repair records from October 2023 through April 2024

Regarding the potential for settlement, we are providing the Firm's W-9 and check designation: "**The Ellis Firm in Trust for Mr. O'Rhonde Chapman**." Additionally, please send us any proposed settlement agreement for our review at your earliest convenience. Please note that Mr. Chapman is willing to execute a release containing a standard indemnity for valid claims (including attorneys, hospitals, and consortium). The release should be limited to the named parties and insurer and should not include a confidentiality provision.
Thank you.
-Willie
**Willie C. Ellis Jr.**
**The Ellis Firm**
3400 Peachtree Road
Ste. 725
Atlanta, Georgia 30326

**Office:** 770-212-1432
**Email**: will@call-ellis.com

**Please note our recent change of address.**

This message and any attachments may contain confidential or privileged attorney-client communications or information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.