# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| O'RHONDE CHAPMAN,<br><br>      Plaintiff,<br><br>v.<br><br>SHETOS, INC.,<br>BULLDOG NATIONAL RISK<br>RETENTION GROUP, INC.,<br>KHALED ELSAYED, and JOHN<br>DOE<br><br><br>      Defendants. | Civil Action File No.:<br>1:24-cv-00455-SEG |

## DEFENDANTS' MOTION TO AMEND THE JULY 7, 2025 ORDER AND REQUEST TO EXCUSE APPEARANCE

**COME NOW**, Defendants Shetos, Inc., Bulldog National Risk Retention Group, Inc., Khaled Elsayed (Defendants) and files this, its *Motion to Amend the July 7, 2025 Order And Request to Excuse Appearance* as follows:

This case is currently scheduled for a Show Cause hearing on July 17, 2025 following a discovery dispute. Counsels for the parties have communicated via telephone and e-mail multiple times since receipt of the Order and have discussed

the current dispute.  Defense counsel states in her place that she has worked tirelessly to resolve the current dispute.  Her partners and firm are aware of the current discovery dispute and issues pending before the Court.  Respectfully, defense counsel requests that the partners of Speed, Seta, Martin, Trivett, Stubley & Fickling be excused from attending the July 17th hearing.  Counsel Jennifer S. Ray, as counsel of record, will attend the hearing, and states in her place that all findings and Orders following the hearing will be shared and communicated with her partners.

Respectfully submitted this 15th day of July, 2025.

**SPEED SETA, MARTIN, TRIVETT, STUBLEY & FICKLING, LLC**

*/s/ Jennifer S. Ray*

_____
**JENNIFER S. RAY, ESQ.**
Attorney for Defendants
Georgia State Bar No. 275474

114 Stone Mountain Street
Lawrenceville, GA 30046
Phone: (770) 822-2911
Fax:    (770) 822-2912
jennifer@speed-seta.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| O'RHONDE CHAPMAN,<br><br>Plaintiff,<br><br>v.<br><br>SHETOS, INC.,<br>BULLDOG NATIONAL RISK<br>RETENTION GROUP, INC.,<br>KHALED ELSAYED, and JOHN<br>DOE<br><br>Defendants. | Civil Action File No.:<br>1:24-cv-00455-SEG |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the within and foregoing ***Defendants' Motion to Amend the July 7, 2025 Order*** via e-file, e-mail, and/or my mailing to the following addresses with sufficient postage affixed thereto:

The Ellis Firm
Willie Ellis Jr.
3500 Lenox Rd.
Suite 1500
Atlanta, GA 30326

will@call-ellis.com

This 15h day of July, 2025.

                                **SPEED SETA, MARTIN, TRIVETT, STUBLEY & FICKLING, LLC**

*/s/ Jennifer S. Ray*

_____
**JENNIFER S. RAY, ESQ.**
Attorney for Defendant
Georgia State Bar No. 275474

114 Stone Mountain Street
Lawrenceville, GA 30046
Phone: (770) 822-2911
Fax:    (770) 822-2912
jennifer@speed-seta.com