IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| O'RHONDE CHAPMAN,<br><br>　　Plaintiff,<br><br>v.<br><br>SHETOS INC., BULLDOG NATIONAL RISK RETENTION GROUP, INC., KHALED ELSAYED, AND JOHN DOE,<br><br>　　Defendants. | Civil Action File No.<br><br>1:24-cv-00455-SEG |

## PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO AMEND THE JULY 7, 2025 ORDER AND REQUEST TO EXCUSE APPEARANCE

COMES NOW Plaintiff, by and through undersigned counsel, and respectfully submits this Opposition to Defendants' Motion to Amend the Court's July 7, 2025 Order and Request to Excuse Appearance. Plaintiff requests that the Motion be denied.

As reflected in Defendants' Motion, Plaintiff counsel spoke with Defendant's counsel on Saturday, July 12, 2025, and again today, Tuesday, July 15, 2025. Despite Plaintiff's multiple requests for a conference and/or case update, upon information and belief, these conversations represent the first telephone communications between counsel since May 19, 2025.

-1-

Now, more than seven (7) months into the discovery period, Plaintiff has not received any responses to his written discovery requests, nor have any responsive documents been produced. To date, no depositions have been taken as Plaintiff requires Defendants to produce the documents necessary to proceed with Defendant Elsayed's deposition.

This hearing represents the Court's second intervention necessitated by Defendants' ongoing refusal to engage in discovery, highlighting the seriousness of their continued noncompliance.

Plaintiff's counsel expressly advised Defendants' counsel that it does not consent to postponing or continuing the hearing, nor to any amendment of the Court's July 7, 2025 Order. Defendants' repeated, unjustified delays in participating in discovery have severely prejudiced Plaintiff.

Defendants' request to excuse a partner's attendance is particularly concerning given their ongoing pattern of noncompliance. Accordingly, Plaintiff respectfully opposes Defendants' Motion and any modifications to the Court's Order.

Respectfully submitted this 15th day of July, 2025.

| | |
|---|---|
| 3400 Peachtree Road N.E., Suite 725<br>Atlanta, Georgia, 30326<br>Telephone: (770) 212-1432<br>Facsimile: (404) 393-2392<br>will@call-ellis.com | **THE ELLIS FIRM**<br><br>*/s/ Willie C. Ellis Jr.*<br>Willie C. Ellis Jr.<br>Georgia Bar No. 246116<br>*Counsel for Plaintiff* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| O'RHONDE CHAPMAN,<br><br>    Plaintiff,<br><br>v.<br><br>SHETOS INC., BULLDOG NATIONAL RISK RETENTION GROUP, INC., KHALED ELSAYED, AND JOHN DOE,<br><br>    Defendants. | Civil Action File No.<br><br>1:24-cv-00455-SEG |

## **CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1(D) of the Northern District of Georgia, I hereby certify that this document was prepared in Times New Roman font, 14 point, pursuant to LR 5.1(C).

Respectfully submitted this 15th day of July, 2025.

                                          **THE ELLIS FIRM**

                                          */s/ Willie C. Ellis Jr.*
                                          Willie C. Ellis Jr.
                                          Georgia Bar No. 246116
                                          *Counsel for Plaintiff*

3400 Peachtree Road N.E.,
Suite 725
Atlanta, Georgia, 30326
Telephone: (770) 212-1432
Facsimile: (404) 393-2392
will@call-ellis.com

# CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel of record in the foregoing matter with a copy of **PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO AMEND THE JULY 7, 2025 ORDER AND REQUEST TO EXCUSE APPEARANCE** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Jennifer S. Ray
**Speed, Seta, Martin, Trivett, Stubley & Fickling, LLC**
114 Stone Mountain Street
Lawrenceville, Georgia 30046
jennifer@speed-seta.com
*Attorneys for Defendants*

Respectfully submitted this 15th day of July, 2025.

**THE ELLIS FIRM**

*/s/ Willie C. Ellis Jr.*
Willie C. Ellis Jr.
Georgia Bar No. 246116
*Counsel for Plaintiff*

3400 Peachtree Road N.E.,
Suite 725
Atlanta, Georgia, 30326
Telephone: (770) 212-1432
Facsimile: (404) 393-2392
will@call-ellis.com