# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| O'RHONDE CHAPMAN,<br><br>Plaintiff,<br><br>v.<br><br>SHETOS, INC.,<br>BULLDOG NATIONAL RISK<br>RETENTION GROUP, INC.,<br>KHALED ELSAYED, and JOHN<br>DOE<br><br>Defendants. | Civil Action File No.:<br>1:24-cv-00455-SEG |

## DEFENDANTS' MOTION TO ENTER A DISCOVERY DISPUTE ORDER AND CANCEL THE JULY 17th SHOW CAUSE HEARING

COME NOW Shetos, Inc., Bulldog National Risk Retention Group, Inc., Khaled Elsayed (hereinafter "Defendants"), and file this Motion to Enter a Discovery Dispute Order and Cancel the July 17th Show Cause Hearing for the reasons set forth below:

Defendants are in receipt of Plaintiff's Discovery Dispute Statement in advance of the Show Cause Hearing on July 17th. Defendants believe that there is no further need for a Show Cause Hearing as they agree and will stipulate to Plaintiff's requests of the Court.

Plaintiff requests that the Court:

(1) Strike Defendants Answers; (2) Set this matter for Jury Trial in November 2025; (3) Require payment of Plaintiff's attorneys fees in the amount of $3,100.00 within twenty-four (24) hours; and (4) Require Defendants to provide complete and meaningful responses to Plaintiff's Request for Admissions and Request for Production of Documents within five (5) business days.

Defendants agree to following as set forth in Plaintiff's prayer for relief:

(1) Setting this matter for Jury Trial in November 2025;

(2) Remitting payment of Plaintiff's attorneys' fees in the amount of $3,100.00 within twenty-four (24) hours;

(3) Providing complete and meaningful responses to Plaintiff's Request for Admissions and Request for Production of Documents within five (5) business days

Defendants request that any further action taken by the Court, such as striking Defendant's Answers, be reserved until Defendants may cure this current discovery dispute over the next few days. Defendants understand that an additional hearing could be needed for that requested relief.

Given the prayer for relief stated in Plaintiff's Discovery Dispute Statement, Defendants believe that all issues in this case can be resolved, and they are attempting to resolve them in good faith. Defendants are in no way attempting to delay this case but again are working to resolve the case fully. In the interest of judicial economy, Defendants request that the Court cancel the July 17th hearing and issue a Discovery Dispute Order instead.

Respectfully submitted this 16th day of July, 2025.

**SPEED SETA, MARTIN, TRIVETT, STUBLEY & FICKLING, LLC**

*/s/ Jennifer S. Ray*

_____
**JENNIFER S. RAY, ESQ.**
Attorney for Defendants
Georgia State Bar No. 275474

114 Stone Mountain Street
Lawrenceville, GA 30046
Phone: (770) 822-2911
Fax:    (770) 822-2912
jennifer@speed-seta.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| O'RHONDE CHAPMAN,<br><br>  Plaintiff,<br><br> v.<br><br>SHETOS, INC.,<br>BULLDOG NATIONAL RISK<br>RETENTION GROUP, INC.,<br>KHALED ELSAYED, and JOHN<br>DOE<br><br>  Defendants. | Civil Action File No.:<br>1:24-cv-00455-SEG |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the within and foregoing *Motion* via e-file and e-mail:

> The Ellis Firm
> Willie Ellis Jr.
> 3500 Lenox Rd.
> Suite 1500
> Atlanta, GA 30326
> will@call-ellis.com

This 16th day of July, 2025.

**SPEED SETA, MARTIN, TRIVETT, STUBLEY & FICKLING, LLC**

*/s/ Jennifer S. Ray*

_____
**JENNIFER S. RAY, ESQ.**
Attorney for Defendant

Page -5-

Georgia State Bar No. 275474

114 Stone Mountain Street  
Lawrenceville, GA 30046  
Phone: (770) 822-2911  
Fax:    (770) 822-2912  
jennifer@speed-seta.com