# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| O'RHONDE CHAPMAN,<br><br>Plaintiff,<br><br>v.<br><br>SHETOS, INC.,<br>BULLDOG NATIONAL RISK<br>RETENTION GROUP, INC.,<br>KHALED ELSAYED, and JOHN<br>DOE<br><br>Defendants. | Civil Action File No.:<br>1:24-cv-00455-SEG |

## ENTRY OF APPEARANCE AND
## NOTICE OF SUBSTITUTION OF COUNSEL

**COMES NOW**, Defendant Bulldog National Risk Retention Group, Inc., by and through the undersigned counsel, and pursuant to LR 83.1, files this Entry of Appearance and Notice of Substitution of Counsel stating as follows:

1. **Entry of Appearance**: Kevin P. Branch and Michael P. Johnson of McMickle, Kurey & Branch LLP, whose contact information is provided below, enter their appearance pursuant to LR 83.1(D)(1) on behalf of

Bulldog National Risk Retention Group, Inc. as counsel of record in this case.

2. **Withdrawal and Substitution of Counsel:** Pursuant to LR 83.1(E)(4), the undersigned attorney, Jennifer S. Ray, of Speed, Seta, Martin, Trivett, Stubley, & Fickling LLC, hereby withdraws as counsel of record for Bulldog National Risk Retention Group, Inc. in this matter and Kevin P. Branch and Michael P. Johnson of McMickle, Kurey & Branch LLP are substituted in Jennifer S. Ray's place for Bulldog National Risk Retention Group, Inc.

3. **Consent:** Both withdrawing counsel and substituting counsel consent to this substitution.

4. **No Delay:** This substitution of counsel will not delay the proceedings in this matter, and no party will be prejudiced by this substitution.

5. **Notice:** All further pleadings, correspondence, and communications related to Bulldog National Risk Retention Group, Inc. should be directed to the attention of Kevin P. Branch and Michale P. Johnson. Jennifer Ray, her firm, and its attorneys will have no further responsibility to Bulldog National Risk Retention Group, Inc. with

regard to the above captioned matter but will remain as counsel for Shetos, Inc. and Kaled Elsayed.

Respectfully submitted this 16th day of July, 2025.

| **MCMICKLE, KUREY, BRANCH LLP**<br><br>/s/ Kevin Branch<br>Kevin P. Branch<br>Georgia Bar No.: 111839<br>Michael P. Johnson<br>Georgia Bar No.:395055<br>217 Roswell Street<br>Alpharetta, GA 30009<br>kpb@mkblawfirm.com | **SPEED, SETA, MARTIN, TRIVETT, STUBLEY, & FICKLING, LLC**<br><br>/s/ Jennifer S. Ray<br>Georgia State Bar No. 275474<br>114 Stone Mountain Street<br>Lawrenceville, GA 30046<br>jennifer@speed-seta.com |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| O'RHONDE CHAPMAN,<br><br>Plaintiff,<br><br>v.<br><br>SHETOS, INC.,<br>BULLDOG NATIONAL RISK<br>RETENTION GROUP, INC.,<br>KHALED ELSAYED, and JOHN<br>DOE<br><br>Defendants. | Civil Action File No.:<br>1:24-cv-00455-SEG |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the within and foregoing **Entry of Appearance and Notice of Substitution of Counsel** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

The Ellis Firm
Willie Ellis Jr.
3500 Lenox Rd.
Suite 1500
Atlanta, GA 30326
will@call-ellis.com

Speed, Seta, Martin, Trivett, Stubley, & Fickling LLC
Jennifer Ray
114 Stone Mountain Street
Lawrenceville, GA 30046
Jennifer@speed-seta.com

This 17th day of July, 2024

                                MCMICKLE, KUREY & BRANCH, LLP

                                */s/ Kevin P. Branch*
                                KEVIN P. BRANCH
                                Georgia Bar No. 111839

217 Roswell Street, Suite 200       MICHAEL P. JOHNSON
Alpharetta, GA 30009                  Georgia Bar No. 395055
Telephone:  (678) 824-7800       ***Attorneys for Bulldog National Risk***
Facsimile:   (678) 824-7801       ***Retention Group, Inc.***
kpb@mkblawfirm.com
mjohnson@mkblawfirm.com