# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| O'RHONDE CHAPMAN,<br><br>        Plaintiff,<br><br>v.<br><br>SHETOS, INC.,<br>BULLDOG NATIONAL RISK<br>RETENTION GROUP, INC.,<br>KHALED ELSAYED, and JOHN<br>DOE<br><br>        Defendants. | Civil Action File No.:<br>1:24-cv-00455-SEG |

## ORDER

This case is before the Court on Plaintiff's request for a discovery dispute conference and discussion of Defendants' counsel's alleged non-compliance with the Court's sanctions order. On July 17, 2025, the Court held a show-cause hearing. After due consideration, and proposals from the parties, the Court enters the following order.

1. Payment of attorney's fees shall be completed on or before July 21, 2025. Plaintiff's counsel shall accept payment via credit card or check.

2. Defendants Shetos, Inc. and Khaled Elsayed's discovery responses are due to Plaintiff within five (5) business days of the entry of this Order.

3. Defendant Bulldog National Risk Retention Group's discovery responses are due one day prior to the deposition of Defendant Elsayed.

4. Regarding the deposition of Defendant Elsayed:

    a. Defendant Elsayed's attorney shall notify counsel and the Court on or before July 24, 2025 if his discovery responses cannot be produced.

    b. If Defendant Elsayed's deposition moves forward, it shall take place within 15 days of this Order. Plaintiff's counsel has the option to conduct the deposition remotely.

5. Mediation shall take place within 30 days of the entry of this Order. The parties intend to mediate on August 14, 2025.

**SO ORDERED** this 18th day of July, 2025

SARAH E. GERAGHTY
United States District Judge