# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| O'RHONDE CHAPMAN,<br><br>   Plaintiff,<br><br> v.<br><br>SHETOS, INC.,<br>BULLDOG NATIONAL RISK<br>RETENTION GROUP, INC.,<br>KHALED EKSAYED, and JOHN<br>DOE<br><br>   Defendants. | Civil Action File No.:<br>1:24-cv-00455-SEG |

## MOTION FOR ORDER PERMITTING WITHDRAWAL FROM REPRESENTATION

**COMES NOW**, Attorney Jennifer S. Ray of Speed, Seta, Martin, Trivett, Stubley & Fickling, LLC, as counsel of record for Defendant Khaled Elsayed in the above-captioned case, and hereby files this *Motion for Order Permitting Withdrawal from Presentation*, requesting permission for Jennifer S. Ray and Speed, Seta, Martin, Trivett, Stubley & Fickling, LLC to withdraw as counsel of

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| O'RHONDE CHAPMAN,<br><br>   Plaintiff,<br><br> v.<br><br>SHETOS, INC.,<br>BULLDOG NATIONAL RISK<br>RETENTION GROUP, INC.,<br>KHALED EKSAYED, and JOHN<br>DOE<br><br>   Defendants. | Civil Action File No.:<br>1:24-cv-00455-SEG |

## MOTION FOR ORDER PERMITTING WITHDRAWAL FROM REPRESENTATION

**COMES NOW**, Attorney Jennifer S. Ray of Speed, Seta, Martin, Trivett, Stubley & Fickling, LLC, as counsel of record for Defendant Khaled Elsayed in the above-captioned case, and hereby files this *Motion for Order Permitting Withdrawal from Presentation*, requesting permission for Jennifer S. Ray and Speed, Seta, Martin, Trivett, Stubley & Fickling, LLC to withdraw as counsel of

record for Defendant Khaled Elsayed. In support of this Motion, the undersigned shows the Court the following:

1. Jennifer S. Ray and Speed, Seta, Martin, Trivett, Stubley & Fickling, LLC wish to withdraw as counsel for Mr. Elsayed in the above-captioned case;

2. The United States District Court for the Northern District of Georgia retains jurisdiction of this matter;

3. Mr. Elsayed has the burden of keeping the court informed where notices, pleadings, or other papers may be served;

4. Mr. Elsayed has the obligation to prepare for trial or hire new counsel to prepare for trial, when the trial date has been scheduled and to conduct and respond to discovery or motions in the case;

5. If Mr. Elsayed fails or refuses to meet these burdens, he may suffer adverse consequences, including, in criminal cases, bond forfeiture and arrest;

6. There are presently no scheduled proceedings, and trial has not been scheduled, but the holding of any scheduled proceedings will not be affected by the withdrawal of counsel;

7. Services of notices may be made upon Defendant at his last known address:

3208 Fanshawe St.
Philadelphia, PA 19149

8. Pursuant to LR 83.1(E)(2)(b), written notice was sent to the Defendant's last known address. *See* Exhibit A. Out of an abundance of caution, written notice was also sent via e-mail to Defendant's last known e-mail address. *See* Exhibit B.

9. Mr. Elsayed was notified of his right to object within 14 days of the notice. The undersigned counsel has not received an objection nor any communication from Mr. Elsayed for over 30 days despite countless attempts and requests to communicate.

WHEREFORE, undersigned counsel respectfully requests that the Court enter an Order allowing their withdrawal from representation of Defendant Khaled Elsayed in the above-captioned case.

This 19th day of August, 2025.

**SPEED SETA, MARTIN, TRIVETT, STUBLEY & FICKLING, LLC**

*/s/ Jennifer S. Ray*

_____
**JENNIFER S. RAY, ESQ.**
Georgia State Bar No. 275474
Counsel for Defendant Shetos, Inc.

114 Stone Mountain Street
Lawrenceville, GA 30046
Phone: (770) 822-2911
Fax:   (770) 822-2912
jennifer@speed-seta.com

# IN THE UNITED STATES DIKSTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| O'RHONDE CHAPMAN,<br><br>    Plaintiff,<br><br>v.<br><br>SHETOS, INC.,<br>BULLDOG NATIONAL RISK<br>RETENTION GROUP, INC.,<br>KHALED ELSAYED, and JOHN<br>DOE<br><br>    Defendants. | Civil Action File No.:<br>1:24-cv-00455-SEG |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the within and foregoing ***MOTION FOR ORDER PERMITTING WITHDRAWAL FROM REPRESENTATION*** with the Clerk of Court using the Cm/ECF system which will automatically send e-mail notification of such filing, and via USPS with the correct postage affixed to the following:

The Ellis Firm
Willie Ellis Jr.
3500 Lenox Rd.
Suite 1500
Atlanta, GA 30326
will@call-ellis.com

McMickle, Kurey, Branch LLP
Kevin Branch
217 Roswell Street
Alpharetta, GA 30009
kpb@mkblawfirm.com

Khaled Elsayed
3208 Fanshawe St.
Philadelphia, PA 19149
Khalede006@gmail.com

Shetos, Inc.
3208 Fanshawe St.
Philadelphia, PA 19149
Khalede006@gmail.com

This 19th day of August, 2025.

        **SPEED SETA, MARTIN, TRIVETT, STUBLEY & FICKLING, LLC**

        */s/ Jennifer S. Ray*
        _____
        **JENNIFER S. RAY, ESQ.**
        Attorney for Defendant
        Georgia State Bar No. 275474

114 Stone Mountain Street
Lawrenceville, GA 30046
Phone: (770) 822-2911
Fax:    (770) 822-2912
jennifer@speed-seta.com